UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                          :          SEALED ORDER

STEPHEN BOND-NELSON,               :
                                                  22 Cr. 137 (PAE)
             Defendant.         :

- - - - - - - - - - - - - - - x

       WHEREAS, an application has been made by the United States of America for the unsealing of docket 22 Cr. 137 (PAE), including Information 22 Cr. 137 and all filings, on May 17, 2022 at 8:00 a.m., at which time the circumstances underlying the Government's prior request for sealing and delayed docketing will no longer exist;

       IT IS HEREBY ORDERED that docket 22 Cr. 137 (PAE) be unsealed and restored to regular docketing on May 17, 2022 at 8:00 a.m. and, upon unsealing, shall remain unsealed pending further order of the Court.

SO ORDERED:

Dated:   New York, New York
          May 16, 2022

                                       _____
                                       THE HONORABLE PAUL A. ENGELMAYER
                                       UNITED STATES DISTRICT JUDGE