UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

United States of America,

          Plaintiff,

- against -

Stephen Bond-Nelson,

          Defendant.

-----------------------------------------------------------x

22 Cr 137 (PAE)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Douglas J. Davison__, for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __the District of Columbia__; and that his/her contact information is as follows

Applicant's Name: Douglas J. Davison
Firm Name: Linklaters LLP
Address: 601 13th Street NW
City/State/Zip: Washington, DC 20005
Telephone/Fax: (202) 654-9244/9210

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for __Stephen Bond-Nelson__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5/18/2022

*Paul A. Engelmayer*
United States District / ~~Magistrate~~ Judge