

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 4, 2022

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Stephen Bond-Nelson*, 22 Cr. 137 (PAE)

Dear Judge Engelmayer:

    The Government writes to respectfully request an adjournment of the sentencing control date of September 7, 2022 in the above-referenced case.  The Government currently expects that Stephen Bond-Nelson, the defendant, who pled guilty pursuant to a cooperation plea agreement, will testify in the trial, if any, in *United States v. Gregoire Tournant*, 22 Cr. 276 (LTS).  Chief Judge Swain has not yet set a trial date in the *Tournant* case.  Accordingly, the Government requests that the sentencing control date be adjourned for approximately six months, until March 7, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: ___/s_____
Gina Castellano
Assistant United States Attorney
(212) 637-2224

**GRATNED.** The sentencing control date is adjourned March 7, 2022. The Clerk of Court is requested to terminate the motion at Dkt. No. 14.

8/4/2022

SO ORDERED.

*Paul A. Engelmayer* (signature)

PAUL A. ENGELMAYER
United States District Judge