

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

_____

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 28, 2023

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Stephen Bond-Nelson*, 22 Cr. 137 (PAE)

Dear Judge Engelmayer:

     The Government writes to respectfully request an adjournment of the sentencing control date of March 7, 2023 in the above-captioned case.  The Government currently expects that Stephen Bond-Nelson, the defendant, who pled guilty pursuant to a cooperation plea agreement, will testify in the trial, if any, in *United States v. Gregoire Tournant*, 22 Cr. 276 (LTS).  Trial in that case is currently set to begin on February 5, 2024.  Accordingly, the Government requests that the sentencing control date be adjourned until June 5, 2024, to allow sufficient time for the Tournant trial and the post-trial preparation of Bond-Nelson's presentence investigation report.  If Tournant's case is resolved through a pretrial disposition, the Government will promptly notify the Court and request an earlier sentencing date.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:     ___/s_____
Nicholas Folly / Margaret Graham / Allison Nichols
Assistant United States Attorneys
(212) 637-1060

**GRANTED.** Sentencing is adjourned to June 5, 2024 at 11:00 a.m. The parties shall serve their sentencing submission in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 18.

SO ORDERED.       2/28/2023

_____
PAUL A. ENGELMAYER
United States District Judge