

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 29, 2024

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

     Re: *United States v. Stephen Bond-Nelson*, 22 Cr. 137 (PAE)

Dear Judge Engelmayer:

  The Government respectfully writes to request that the Court order the Department of Probation to conduct a presentence investigation of the defendant in the above-captioned case in advance of sentencing, which is currently scheduled for February 3, 2025 at 11 a.m. The Government has conferred with defense counsel who consents to this request. The Government also writes to inform the Court that the case in which the defendant was anticipated to testify, *United States v. Gregoire Tournant*, 22 Cr. 276 (LTS), is scheduled for sentencing before Judge Swain on December 6, 2024, in the event this Court intends to consolidate those cases.

              Respectfully submitted,

               DAMIAN WILLIAMS
               United States Attorney for the
               Southern District of New York

       By:  /s/
          Thomas S. Burnett
          Sarah Mortazavi
          Nicolas Roos
          Assistant United States Attorneys
          (212) 637-1064/-2520/-2421

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 33.

    SO ORDERED.       10/29/2024

               _____
               PAUL A. ENGELMAYER
               United States District Judge